AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

2017 FEB 16 AM 9:29

| United States of America | ) |
|---|---|
| v. | ) |
| BENJAMIN THOMAS SAMUEL MCDOWELL | ) Case No. 4:17-mj-37 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 15, 2017__ in the county of __Horry__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C §922(g) | Felon in Possession of a Firearm or Ammunition |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

Grant Lowe, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: Feb. 16, 2017

_____
Judge's signature

City and state: Florence, South Carolina

Kaymani D. West, U.S. Magistrate Judge
_____
Printed name and title