IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:17-161 |
|  | ) 18 U.S.C. § 922(g)(1) |
| vs. | ) 18 U.S.C. § 924(a)(2) |
|  | ) 18 U.S.C. § 924(e) |
| BENJAMIN THOMAS SAMUEL MCDOWELL | ) INDICTMENT |

RECEIVED
FEB 2 8 2017
FLORENCE, S.C.

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about February 15, 2017, in the District of South Carolina, the Defendant, **BENJAMIN THOMAS SAMUEL MCDOWELL**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is, a Glock .40 caliber pistol and .40 caliber ammunition, all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

A \_\_\_TRUE\_\_\_ BILL

FOREPERSON

BETH DRAKE (ABP)
UNITED STATES ATTORNEY