UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO. : 4:17-cr-00161 CRI-1

**Benjamin Thomas Samuel McDowell**

## PLEA

The Defendant acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads not guilty in open court.

_Benjamin McDowell_
(Signed)    Defendant

Florence, South Carolina
March 21, 2017