

U.S. Department of Justice

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

September 8, 2017

Honorable R. Bryan Harwell
United States District Judge
United States District Court
District of South Carolina- Florence Division
401 West Evans Street
Florence, South Carolina 29501

GRANTED.
R. Bryan Harwell
U.S. District Judge
Sept 15, 2017

RECEIVED
USDC CLERK, FLORENCE, SC
2017 SEP 13 PM 2 27

Re:   BENJAMIN THOMAS SAMUEL MCDOWELL
      REGISTER NUMBER: 32033-171
      CRIMINAL NUMBER: 4:17CR00161-RBH(1)

Dear Judge R. Bryan Harwell:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Sections 4241 and 4242 dated June 20, 2017, in the case of Mr. Benjamin McDowell.

Mr. Benjamin McDowell was designated at the Metropolitan Correctional Center, New York on September 5, 2017. In order to provide the Court with a comprehensive and thorough report, we generally ask for 45 days from the date of arrival. However, given the recent volume of cases, we respectfully request an additional 30 days as permitted by the statute. Thus, the evaluation would conclude on November 18, 2017. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation, December 3, 2017.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

E. L. Tatum, Jr.
Warden

ET/KS/ks