IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:17CR00161-RBH(1) |
| | ) | |
| | ) | **NOTICE OF REQUEST FOR** |
| | ) | **PROTECTION FROM COURT** |
| -vs- | ) | **APPEARANCES** |
| | ) | |
| | ) | |
| **BENJAMIN THOMAS SAMUEL** | ) | |
| **McDOWELL** | ) | |

The undersigned counsel for **BENJAMIN THOMAS SAMUEL McDOWELL**, hereby requests protection from court appearances from June 25, 2018, through June 29, 2018. The undersigned has a family vacation scheduled for those dates. The undersigned will provide any additional information the court requests about this request for protection.

Respectfully submitted,

/s/ **William F. Nettles, IV**,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
**Attorney ID #: 5935**

Florence, South Carolina

May 30, 2018