To: Court Clerk     Case #4:17CR00161-001RBH

I am requesting a copy of my Docket set. ~~and~~ and stamint of facts.

Thank you
Benjamine McDowell

RECEIVED
USDC CLERK, FLORENCE, SC
2018 SEP 21   AM 10:46