

Name Samie Shelton
Reg. No. 49500-074  Unit GA
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN 377
18 SEP 2018 PM 4 L

RECEIVED
USDC CLERK, FLORENCE, SC
2018 SEP 21  AM 10: 46

Court Clerk
John L. McMillan
Federal Bilding U.S Courthouse
401 West evans Street
Florence SC 29501

