# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **Benjamin Thomas Samuel McDowell** | Case No:  4:17-cr-00161-RBH-1 |
| | USM No: 32033-171 |
| | Kathy Elmore, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ The defendant admits violation #1 of the conditions of the term of supervision.

☐ was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation No.** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Use of Illegal Drugs (Marijuana, Methamphetamine, and Suboxone) | See Petition |

The defendant is sentenced as provided on page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The government is not going forward on violation #2 and the defendant is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

| | |
|---|---|
| | 9/29/2022 |
| Last Four Digits of Defendant's Soc. Sec. No.: 5419 | Date of Imposition of Judgment |
| Defendant's Year of Birth: 1987 | |
| | s/R. Bryan Harwell |
| City and State of Defendant's Residence: | Signature of Judge |
| Conway, SC | |
| | R. Bryan Harwell, Chief U.S. District Judge |
| | Name and Title of Judge |
| | Date: 9/29/2022 |

AO 245D (SCDC Rev.09/19) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Page 2

DEFENDANT: Benjamin Thomas Samuel McDowell
CASE NUMBER: 4:17-cr-00161-RBH-1

## IMPRISONMENT

The defendant's term of supervised release is hereby <u>REVOKED</u> and the defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **five (5) months** with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL